# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

**CIVIL ACTION NO.: 09-23055-CV-UNGARO/CIMONTON**

MARK A. BEAMAN, as Personal Representative
of the Estate of MARGARET JANE DAWSON
BEAMAN, Deceased, on behalf of the Estate
and its Lawful Survivors, to wit: MARK A.
BEAMAN, Surviving Husband, BRENT ALLAN
BEAMAN, Surviving Son, CHELSEA JANET
BEAMAN, Surviving Minor Daughter, JORDAN
MARIE BEAMAN, Surviving Minor Daughter;
and JERRY SMITH, As Personal Representative
of the Estate of LISA RAE BALLINGER SMITH,
Deceased, on behalf of the Estate and its Lawful
Survivors, to wit: JERRY SMITH, surviving
husband, and ANDREW SMITH, surviving minor
son,

       Plaintiffs,

vs.

MACO CARIBE, INC., d/b/a SCUBA CARIBE, a
Florida Corporation; MACO CARIBE, INC., d/b/a
AQUA CARIBE, a Florida Corporation; GRUPO
SIRENIS HOTELS AND RESORTS, a Spanish
company; GRAND SIRENIS HOTELS AND
RESORTS, a Spanish company; GRAND
SIRENIS RIVIERA MAYA HOTEL & SPA, a
Spanish company; SIRENIS SERVICES, S.L., a
Spanish company; SIRENIS MANAGEMENT
SERVICES, a Spanish company; SIRENIS
HOTELS AND RESORTS, a Spanish company;
AGRUPACION HOTELIER DOLIGA, S.A., d/b/a
FIESTA HOTELS AND RESORTS, S.L., a
Spanish company; FIESTA HOTEL GROUP, a
Spanish company; PALLADIUM HOTELS &
RESORTS, a Spanish company; GRAND
PALLADIUM COLONIAL RESORT & SPA, a
Spanish company; GRAND PALLADIUM
KANTENAH RESORT & SPA, a Spanish
company;

       Defendants,

_____/

Beaman vs. Maco Caribe, et al.
Civil Action No.: **09-23055-CV-UNGARO/CIMONTON**

## SUMMONS IN A CIVIL ACTION

To: **AGRUPACION HOTELIER DOLIGA, S.A.
D/B/A FIESTA HOTELS & RESORTS, S.L.**
**Rosanna M. Mendez**
**Registered Agent**
**Vacation Tours. Inc.**
**4201 SW 11th Street**
**Coral Gables, FL 33134**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CHRISTIAN D. SEARCY
Florida Bar No.: 158298
ROSALYN SIA BAKER-BARNES
Florida Bar No.: 327920
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9401
Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: **December 29, 2009**
_____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CIVIL ACTION NO.: 09-23055-CV-UNGARO/CIMONTON**

MARK A. BEAMAN, as Personal Representative
of the Estate of MARGARET JANE DAWSON
BEAMAN, Deceased, on behalf of the Estate
and its Lawful Survivors, to wit: MARK A.
BEAMAN, Surviving Husband, BRENT ALLAN
BEAMAN, Surviving Son, CHELSEA JANET
BEAMAN, Surviving Minor Daughter, JORDAN
MARIE BEAMAN, Surviving Minor Daughter;
and JERRY SMITH, As Personal Representative
of the Estate of LISA RAE BALLINGER SMITH,
Deceased, on behalf of the Estate and its Lawful
Survivors, to wit: JERRY SMITH, surviving
husband, and ANDREW SMITH, surviving minor
son,

        Plaintiffs,

vs.

MACO CARIBE, INC., d/b/a SCUBA CARIBE, a
Florida Corporation; MACO CARIBE, INC., d/b/a
AQUA CARIBE, a Florida Corporation; GRUPO
SIRENIS HOTELS AND RESORTS, a Spanish
company; GRAND SIRENIS HOTELS AND
RESORTS, a Spanish company; GRAND
SIRENIS RIVIERA MAYA HOTEL & SPA, a
Spanish company; SIRENIS SERVICES, S.L., a
Spanish company; SIRENIS MANAGEMENT
SERVICES, a Spanish company; SIRENIS
HOTELS AND RESORTS, a Spanish company;
AGRUPACION HOTELIER DOLIGA, S.A., d/b/a
FIESTA HOTELS AND RESORTS, S.L., a
Spanish company; FIESTA HOTEL GROUP, a
Spanish company; PALLADIUM HOTELS &
RESORTS, a Spanish company; GRAND
PALLADIUM COLONIAL RESORT & SPA, a
Spanish company; GRAND PALLADIUM
KANTENAH RESORT & SPA, a Spanish
company;

        Defendants,

_____/

Beaman vs. Maco Caribe, et al.
Civil Action No.: **09-23055-CV-UNGARO/CIMONTON**

## SUMMONS IN A CIVIL ACTION

To: **SIRENIS HOTELS & RESORTS**
**Rosanna M. Mendez**
**Registered Agent**
**Vacation Tours. Inc.**
**4201 SW 11th Street**
**Coral Gables, FL 33134**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHRISTIAN D. SEARCY
> Florida Bar No.: 158298
> ROSALYN SIA BAKER-BARNES
> Florida Bar No.: 327920
> Searcy Denney Scarola Barnhart & Shipley, P.A.
> 2139 Palm Beach Lakes Boulevard
> West Palm Beach, Florida 33409
> Phone: (561) 686-6300
> Fax: (561) 383-9401
> Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: **December 29, 2009**
_____



Steven M. Larimore
Clerk of Court

# SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CIVIL ACTION NO.: 09-23055-CV-UNGARO/CIMONTON**

MARK A. BEAMAN, as Personal Representative
of the Estate of MARGARET JANE DAWSON
BEAMAN, Deceased, on behalf of the Estate
and its Lawful Survivors, to wit: MARK A.
BEAMAN, Surviving Husband, BRENT ALLAN
BEAMAN, Surviving Son, CHELSEA JANET
BEAMAN, Surviving Minor Daughter, JORDAN
MARIE BEAMAN, Surviving Minor Daughter;
and JERRY SMITH, As Personal Representative
of the Estate of LISA RAE BALLINGER SMITH,
Deceased, on behalf of the Estate and its Lawful
Survivors, to wit: JERRY SMITH, surviving
husband, and ANDREW SMITH, surviving minor
son,

     Plaintiffs,

vs.

MACO CARIBE, INC., d/b/a SCUBA CARIBE, a
Florida Corporation; MACO CARIBE, INC., d/b/a
AQUA CARIBE, a Florida Corporation; GRUPO
SIRENIS HOTELS AND RESORTS, a Spanish
company; GRAND SIRENIS HOTELS AND
RESORTS, a Spanish company; GRAND
SIRENIS RIVIERA MAYA HOTEL & SPA, a
Spanish company; SIRENIS SERVICES, S.L., a
Spanish company; SIRENIS MANAGEMENT
SERVICES, a Spanish company; SIRENIS
HOTELS AND RESORTS, a Spanish company;
AGRUPACION HOTELIER DOLIGA, S.A., d/b/a
FIESTA HOTELS AND RESORTS, S.L., a
Spanish company; FIESTA HOTEL GROUP, a
Spanish company; PALLADIUM HOTELS &
RESORTS, a Spanish company; GRAND
PALLADIUM COLONIAL RESORT & SPA, a
Spanish company; GRAND PALLADIUM
KANTENAH RESORT & SPA, a Spanish
company;

     Defendants,

_____/

Beaman vs. Maco Caribe, et al.
Civil Action No.: **09-23055-CV-UNGARO/CIMONTON**

## SUMMONS IN A CIVIL ACTION

To: **GRAND PALLADIUM KANTENAH RESORT & SPA**
**Rosanna M. Mendez**
**Registered Agent**
**Vacation Tours. Inc.**
**4201 SW 11th Street**
**Coral Gables, FL 33134**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHRISTIAN D. SEARCY
> Florida Bar No.: 158298
> ROSALYN SIA BAKER-BARNES
> Florida Bar No.: 327920
> Searcy Denney Scarola Barnhart & Shipley, P.A.
> 2139 Palm Beach Lakes Boulevard
> West Palm Beach, Florida 33409
> Phone: (561) 686-6300
> Fax:    (561) 383-9401
> Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: **December 29, 2009** _____



Steven M. Larimore
Clerk of Court

# SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIL ACTION NO.: 09-23055-CV-UNGARO/CIMONTON

MARK A. BEAMAN, as Personal Representative
of the Estate of MARGARET JANE DAWSON
BEAMAN, Deceased, on behalf of the Estate
and its Lawful Survivors, to wit: MARK A.
BEAMAN, Surviving Husband, BRENT ALLAN
BEAMAN, Surviving Son, CHELSEA JANET
BEAMAN, Surviving Minor Daughter, JORDAN
MARIE BEAMAN, Surviving Minor Daughter;
and JERRY SMITH, As Personal Representative
of the Estate of LISA RAE BALLINGER SMITH,
Deceased, on behalf of the Estate and its Lawful
Survivors, to wit: JERRY SMITH, surviving
husband, and ANDREW SMITH, surviving minor
son,

       Plaintiffs,

vs.

MACO CARIBE, INC., d/b/a SCUBA CARIBE, a
Florida Corporation; MACO CARIBE, INC., d/b/a
AQUA CARIBE, a Florida Corporation; GRUPO
SIRENIS HOTELS AND RESORTS, a Spanish
company; GRAND SIRENIS HOTELS AND
RESORTS, a Spanish company; GRAND
SIRENIS RIVIERA MAYA HOTEL & SPA, a
Spanish company; SIRENIS SERVICES, S.L., a
Spanish company; SIRENIS MANAGEMENT
SERVICES, a Spanish company; SIRENIS
HOTELS AND RESORTS, a Spanish company;
AGRUPACION HOTELIER DOLIGA, S.A., d/b/a
FIESTA HOTELS AND RESORTS, S.L., a
Spanish company; FIESTA HOTEL GROUP, a
Spanish company; PALLADIUM HOTELS &
RESORTS, a Spanish company; GRAND
PALLADIUM COLONIAL RESORT & SPA, a
Spanish company; GRAND PALLADIUM
KANTENAH RESORT & SPA, a Spanish
company;

       Defendants,

_____/

• Beaman vs. Maco Caribe, et al.
Civil Action No.: **09-23055-CV-UNGARO/CIMONTON**

## SUMMONS IN A CIVIL ACTION

To: **GRAND PALLADIUM COLONIAL RESORT & SPA**
**Rosanna M. Mendez**
**Registered Agent**
**Vacation Tours. Inc.**
**4201 SW 11th Street**
**Coral Gables, FL 33134**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHRISTIAN D. SEARCY
> Florida Bar No.: 158298
> ROSALYN SIA BAKER-BARNES
> Florida Bar No.: 327920
> Searcy Denney Scarola Barnhart & Shipley, P.A.
> 2139 Palm Beach Lakes Boulevard
> West Palm Beach, Florida 33409
> Phone: (561) 686-6300
> Fax:    (561) 383-9401
> Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: **December 29, 2009** _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIL ACTION NO.: 09-23055-CV-UNGARO/CIMONTON

MARK A. BEAMAN, as Personal Representative
of the Estate of MARGARET JANE DAWSON
BEAMAN, Deceased, on behalf of the Estate
and its Lawful Survivors, to wit: MARK A.
BEAMAN, Surviving Husband, BRENT ALLAN
BEAMAN, Surviving Son, CHELSEA JANET
BEAMAN, Surviving Minor Daughter, JORDAN
MARIE BEAMAN, Surviving Minor Daughter;
and JERRY SMITH, As Personal Representative
of the Estate of LISA RAE BALLINGER SMITH,
Deceased, on behalf of the Estate and its Lawful
Survivors, to wit: JERRY SMITH, surviving
husband, and ANDREW SMITH, surviving minor
son,

        Plaintiffs,

vs.

MACO CARIBE, INC., d/b/a SCUBA CARIBE, a
Florida Corporation; MACO CARIBE, INC., d/b/a
AQUA CARIBE, a Florida Corporation; GRUPO
SIRENIS HOTELS AND RESORTS, a Spanish
company; GRAND SIRENIS HOTELS AND
RESORTS, a Spanish company; GRAND
SIRENIS RIVIERA MAYA HOTEL & SPA, a
Spanish company; SIRENIS SERVICES, S.L., a
Spanish company; SIRENIS MANAGEMENT
SERVICES, a Spanish company; SIRENIS
HOTELS AND RESORTS, a Spanish company;
AGRUPACION HOTELIER DOLIGA, S.A., d/b/a
FIESTA HOTELS AND RESORTS, S.L., a
Spanish company; FIESTA HOTEL GROUP, a
Spanish company; PALLADIUM HOTELS &
RESORTS, a Spanish company; GRAND
PALLADIUM COLONIAL RESORT & SPA, a
Spanish company; GRAND PALLADIUM
KANTENAH RESORT & SPA, a Spanish
company;

        Defendants,

_____/

Beaman vs. Maco Caribe, et al.
Civil Action No.: **09-23055-CV-UNGARO/CIMONTON**

## SUMMONS IN A CIVIL ACTION

To: **PALLADIUM HOTELS & RESORTS**
**Rosanna M. Mendez**
**Registered Agent**
**Vacation Tours. Inc.**
**4201 SW 11th Street**
**Coral Gables, FL 33134**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHRISTIAN D. SEARCY
> Florida Bar No.: 158298
> ROSALYN SIA BAKER-BARNES
> Florida Bar No.: 327920
> Searcy Denney Scarola Barnhart & Shipley, P.A.
> 2139 Palm Beach Lakes Boulevard
> West Palm Beach, Florida 33409
> Phone:(561) 686-6300
> Fax:    (561) 383-9401
> Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: **December 29, 2009** _____



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

## CIVIL ACTION NO.: 09-23055-CV-UNGARO/CIMONTON

MARK A. BEAMAN, as Personal Representative
of the Estate of MARGARET JANE DAWSON
BEAMAN, Deceased, on behalf of the Estate
and its Lawful Survivors, to wit: MARK A.
BEAMAN, Surviving Husband, BRENT ALLAN
BEAMAN, Surviving Son, CHELSEA JANET
BEAMAN, Surviving Minor Daughter, JORDAN
MARIE BEAMAN, Surviving Minor Daughter;
and JERRY SMITH, As Personal Representative
of the Estate of LISA RAE BALLINGER SMITH,
Deceased, on behalf of the Estate and its Lawful
Survivors, to wit: JERRY SMITH, surviving
husband, and ANDREW SMITH, surviving minor
son,

      Plaintiffs,

vs.

MACO CARIBE, INC., d/b/a SCUBA CARIBE, a
Florida Corporation; MACO CARIBE, INC., d/b/a
AQUA CARIBE, a Florida Corporation; GRUPO
SIRENIS HOTELS AND RESORTS, a Spanish
company; GRAND SIRENIS HOTELS AND
RESORTS, a Spanish company; GRAND
SIRENIS RIVIERA MAYA HOTEL & SPA, a
Spanish company; SIRENIS SERVICES, S.L., a
Spanish company; SIRENIS MANAGEMENT
SERVICES, a Spanish company; SIRENIS
HOTELS AND RESORTS, a Spanish company;
AGRUPACION HOTELIER DOLIGA, S.A., d/b/a
FIESTA HOTELS AND RESORTS, S.L., a
Spanish company; FIESTA HOTEL GROUP, a
Spanish company; PALLADIUM HOTELS &
RESORTS, a Spanish company; GRAND
PALLADIUM COLONIAL RESORT & SPA, a
Spanish company; GRAND PALLADIUM
KANTENAH RESORT & SPA, a Spanish
company;

      Defendants,

_____/

Beaman vs. Maco Caribe, et al.
Civil Action No.: **09-23055-CV-UNGARO/CIMONTON**

## SUMMONS IN A CIVIL ACTION

To: **GRAND SIRENIS RIVIERA MAYA HOTEL & SPA**
**Rosanna M. Mendez**
**Registered Agent**
**Vacation Tours. Inc.**
**4201 SW 11ᵗʰ Street**
**Coral Gables, FL 33134**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHRISTIAN D. SEARCY
> Florida Bar No.: 158298
> ROSALYN SIA BAKER-BARNES
> Florida Bar No.: 327920
> Searcy Denney Scarola Barnhart & Shipley, P.A.
> 2139 Palm Beach Lakes Boulevard
> West Palm Beach, Florida 33409
> Phone: (561) 686-6300
> Fax:    (561) 383-9401
> Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: **December 29, 2009**
_____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIL ACTION NO.: 09-23055-CV-UNGARO/CIMONTON

MARK A. BEAMAN, as Personal Representative
of the Estate of MARGARET JANE DAWSON
BEAMAN, Deceased, on behalf of the Estate
and its Lawful Survivors, to wit: MARK A.
BEAMAN, Surviving Husband, BRENT ALLAN
BEAMAN, Surviving Son, CHELSEA JANET
BEAMAN, Surviving Minor Daughter, JORDAN
MARIE BEAMAN, Surviving Minor Daughter;
and JERRY SMITH, As Personal Representative
of the Estate of LISA RAE BALLINGER SMITH,
Deceased, on behalf of the Estate and its Lawful
Survivors, to wit: JERRY SMITH, surviving
husband, and ANDREW SMITH, surviving minor
son,

      Plaintiffs,

vs.

MACO CARIBE, INC., d/b/a SCUBA CARIBE, a
Florida Corporation; MACO CARIBE, INC., d/b/a
AQUA CARIBE, a Florida Corporation; GRUPO
SIRENIS HOTELS AND RESORTS, a Spanish
company; GRAND SIRENIS HOTELS AND
RESORTS, a Spanish company; GRAND
SIRENIS RIVIERA MAYA HOTEL & SPA, a
Spanish company; SIRENIS SERVICES, S.L., a
Spanish company; SIRENIS MANAGEMENT
SERVICES, a Spanish company; SIRENIS
HOTELS AND RESORTS, a Spanish company;
AGRUPACION HOTELIER DOLIGA, S.A., d/b/a
FIESTA HOTELS AND RESORTS, S.L., a
Spanish company; FIESTA HOTEL GROUP, a
Spanish company; PALLADIUM HOTELS &
RESORTS, a Spanish company; GRAND
PALLADIUM COLONIAL RESORT & SPA, a
Spanish company; GRAND PALLADIUM
KANTENAH RESORT & SPA, a Spanish
company;

      Defendants,

_____/

Beaman vs. Maco Caribe, et al.
Civil Action No.: **09-23055-CV-UNGARO/CIMONTON**

## SUMMONS IN A CIVIL ACTION

To: **SIRENIS SERVICES, S.L.**
**Rosanna M. Mendez**
**Registered Agent**
**Vacation Tours. Inc.**
**4201 SW 11th Street**
**Coral Gables, FL 33134**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHRISTIAN D. SEARCY
> Florida Bar No.: 158298
> ROSALYN SIA BAKER-BARNES
> Florida Bar No.: 327920
> Searcy Denney Scarola Barnhart & Shipley, P.A.
> 2139 Palm Beach Lakes Boulevard
> West Palm Beach, Florida 33409
> Phone: (561) 686-6300
> Fax:    (561) 383-9401
> Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: **December 29, 2009**
_____



Steven M. Larimore
Clerk of Court

# SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CIVIL ACTION NO.: 09-23055-CV-UNGARO/CIMONTON**

MARK A. BEAMAN, as Personal Representative
of the Estate of MARGARET JANE DAWSON
BEAMAN, Deceased, on behalf of the Estate
and its Lawful Survivors, to wit: MARK A.
BEAMAN, Surviving Husband, BRENT ALLAN
BEAMAN, Surviving Son, CHELSEA JANET
BEAMAN, Surviving Minor Daughter, JORDAN
MARIE BEAMAN, Surviving Minor Daughter;
and JERRY SMITH, As Personal Representative
of the Estate of LISA RAE BALLINGER SMITH,
Deceased, on behalf of the Estate and its Lawful
Survivors, to wit: JERRY SMITH, surviving
husband, and ANDREW SMITH, surviving minor
son,

       Plaintiffs,

vs.

MACO CARIBE, INC., d/b/a SCUBA CARIBE, a
Florida Corporation; MACO CARIBE, INC., d/b/a
AQUA CARIBE, a Florida Corporation; GRUPO
SIRENIS HOTELS AND RESORTS, a Spanish
company; GRAND SIRENIS HOTELS AND
RESORTS, a Spanish company; GRAND
SIRENIS RIVIERA MAYA HOTEL & SPA, a
Spanish company; SIRENIS SERVICES, S.L., a
Spanish company; SIRENIS MANAGEMENT
SERVICES, a Spanish company; SIRENIS
HOTELS AND RESORTS, a Spanish company;
AGRUPACION HOTELIER DOLIGA, S.A., d/b/a
FIESTA HOTELS AND RESORTS, S.L., a
Spanish company; FIESTA HOTEL GROUP, a
Spanish company; PALLADIUM HOTELS &
RESORTS, a Spanish company; GRAND
PALLADIUM COLONIAL RESORT & SPA, a
Spanish company; GRAND PALLADIUM
KANTENAH RESORT & SPA, a Spanish
company;

       Defendants,

_____/

Beaman vs. Maco Caribe, et al.
Civil Action No.: **09-23055-CV-UNGARO/CIMONTON**

## SUMMONS IN A CIVIL ACTION

To: **GRUPO SIRENIS HOTELS & RESORTS**
**Rosanna M. Mendez**
**Registered Agent**
**Vacation Tours. Inc.**
**4201 SW 11th Street**
**Coral Gables, FL 33134**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHRISTIAN D. SEARCY
> Florida Bar No.: 158298
> ROSALYN SIA BAKER-BARNES
> Florida Bar No.: 327920
> Searcy Denney Scarola Barnhart & Shipley, P.A.
> 2139 Palm Beach Lakes Boulevard
> West Palm Beach, Florida 33409
> Phone: (561) 686-6300
> Fax:    (561) 383-9401
> Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: **December 29, 2009**
_____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIL ACTION NO.: 09-23055-CV-UNGARO/CIMONTON

MARK A. BEAMAN, as Personal Representative
of the Estate of MARGARET JANE DAWSON
BEAMAN, Deceased, on behalf of the Estate
and its Lawful Survivors, to wit: MARK A.
BEAMAN, Surviving Husband, BRENT ALLAN
BEAMAN, Surviving Son, CHELSEA JANET
BEAMAN, Surviving Minor Daughter, JORDAN
MARIE BEAMAN, Surviving Minor Daughter;
and JERRY SMITH, As Personal Representative
of the Estate of LISA RAE BALLINGER SMITH,
Deceased, on behalf of the Estate and its Lawful
Survivors, to wit: JERRY SMITH, surviving
husband, and ANDREW SMITH, surviving minor
son,

        Plaintiffs,

vs.

MACO CARIBE, INC., d/b/a SCUBA CARIBE, a
Florida Corporation; MACO CARIBE, INC., d/b/a
AQUA CARIBE, a Florida Corporation; GRUPO
SIRENIS HOTELS AND RESORTS, a Spanish
company; GRAND SIRENIS HOTELS AND
RESORTS, a Spanish company; GRAND
SIRENIS RIVIERA MAYA HOTEL & SPA, a
Spanish company; SIRENIS SERVICES, S.L., a
Spanish company; SIRENIS MANAGEMENT
SERVICES, a Spanish company; SIRENIS
HOTELS AND RESORTS, a Spanish company;
AGRUPACION HOTELIER DOLIGA, S.A., d/b/a
FIESTA HOTELS AND RESORTS, S.L., a
Spanish company; FIESTA HOTEL GROUP, a
Spanish company; PALLADIUM HOTELS &
RESORTS, a Spanish company; GRAND
PALLADIUM COLONIAL RESORT & SPA, a
Spanish company; GRAND PALLADIUM
KANTENAH RESORT & SPA, a Spanish
company;

        Defendants,

_____/

Beaman vs. Maco Caribe, et al.
Civil Action No.: **09-23055-CV-UNGARO/CIMONTON**

### SUMMONS IN A CIVIL ACTION

To:
**MACO CARIBE, INC., D/B/A SCUBA CARIBE**
**Martin J. Costa Schreiner**
**Registered Agent**
**6604 Sapphire Manor**
**Weston**
**Broward County, Florida**
**33331**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHRISTIAN D. SEARCY
> Florida Bar No.: 158298
> ROSALYN SIA BAKER-BARNES
> Florida Bar No.: 327920
> Searcy Denney Scarola Barnhart & Shipley, P.A.
> 2139 Palm Beach Lakes Boulevard
> West Palm Beach, Florida 33409
> Phone: (561) 686-6300
> Fax:    (561) 383-9401
> Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

**December 29, 2009**
Date: _____



Steven M. Larimore
Clerk of Court

# SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIL ACTION NO.: 09-23055-CV-UNGARO/CIMONTON

MARK A. BEAMAN, as Personal Representative
of the Estate of MARGARET JANE DAWSON
BEAMAN, Deceased, on behalf of the Estate
and its Lawful Survivors, to wit: MARK A.
BEAMAN, Surviving Husband, BRENT ALLAN
BEAMAN, Surviving Son, CHELSEA JANET
BEAMAN, Surviving Minor Daughter, JORDAN
MARIE BEAMAN, Surviving Minor Daughter;
and JERRY SMITH, As Personal Representative
of the Estate of LISA RAE BALLINGER SMITH,
Deceased, on behalf of the Estate and its Lawful
Survivors, to wit: JERRY SMITH, surviving
husband, and ANDREW SMITH, surviving minor
son,

        Plaintiffs,

vs.

MACO CARIBE, INC., d/b/a SCUBA CARIBE, a
Florida Corporation; MACO CARIBE, INC., d/b/a
AQUA CARIBE, a Florida Corporation; GRUPO
SIRENIS HOTELS AND RESORTS, a Spanish
company; GRAND SIRENIS HOTELS AND
RESORTS, a Spanish company; GRAND
SIRENIS RIVIERA MAYA HOTEL & SPA, a
Spanish company; SIRENIS SERVICES, S.L., a
Spanish company; SIRENIS MANAGEMENT
SERVICES, a Spanish company; SIRENIS
HOTELS AND RESORTS, a Spanish company;
AGRUPACION HOTELIER DOLIGA, S.A., d/b/a
FIESTA HOTELS AND RESORTS, S.L., a
Spanish company; FIESTA HOTEL GROUP, a
Spanish company; PALLADIUM HOTELS &
RESORTS, a Spanish company; GRAND
PALLADIUM COLONIAL RESORT & SPA, a
Spanish company; GRAND PALLADIUM
KANTENAH RESORT & SPA, a Spanish
company;

        Defendants,

_____/

Beaman vs. Maco Caribe, et al.
Civil Action No.: **09-23055-CV-UNGARO/CIMONTON**

## SUMMONS IN A CIVIL ACTION

To:
**MACO CARIBE, INC., D/B/A AQUA CARIBE**
**Martin J. Costa Schreiner**
**Registered Agent**
**6604 Sapphire Manor**
**Weston**
**Broward County, Florida**
**33331**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CHRISTIAN D. SEARCY
Florida Bar No.: 158298
ROSALYN SIA BAKER-BARNES
Florida Bar No.: 327920
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9401
Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: _____   **December 29, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CIVIL ACTION NO.: 09-23055-CV-UNGARO/CIMONTON**

MARK A. BEAMAN, as Personal Representative
of the Estate of MARGARET JANE DAWSON
BEAMAN, Deceased, on behalf of the Estate
and its Lawful Survivors, to wit: MARK A.
BEAMAN, Surviving Husband, BRENT ALLAN
BEAMAN, Surviving Son, CHELSEA JANET
BEAMAN, Surviving Minor Daughter, JORDAN
MARIE BEAMAN, Surviving Minor Daughter;
and JERRY SMITH, As Personal Representative
of the Estate of LISA RAE BALLINGER SMITH,
Deceased, on behalf of the Estate and its Lawful
Survivors, to wit: JERRY SMITH, surviving
husband, and ANDREW SMITH, surviving minor
son,

       Plaintiffs,

vs.

MACO CARIBE, INC., d/b/a SCUBA CARIBE, a
Florida Corporation; MACO CARIBE, INC., d/b/a
AQUA CARIBE, a Florida Corporation; GRUPO
SIRENIS HOTELS AND RESORTS, a Spanish
company; GRAND SIRENIS HOTELS AND
RESORTS, a Spanish company; GRAND
SIRENIS RIVIERA MAYA HOTEL & SPA, a
Spanish company; SIRENIS SERVICES, S.L., a
Spanish company; SIRENIS MANAGEMENT
SERVICES, a Spanish company; SIRENIS
HOTELS AND RESORTS, a Spanish company;
AGRUPACION HOTELIER DOLIGA, S.A., d/b/a
FIESTA HOTELS AND RESORTS, S.L., a
Spanish company; FIESTA HOTEL GROUP, a
Spanish company; PALLADIUM HOTELS &
RESORTS, a Spanish company; GRAND
PALLADIUM COLONIAL RESORT & SPA, a
Spanish company; GRAND PALLADIUM
KANTENAH RESORT & SPA, a Spanish
company;

       Defendants,

_____/

Beaman vs. Maco Caribe, et al.
Civil Action No.: **09-23055-CV-UNGARO/CIMONTON**

## SUMMONS IN A CIVIL ACTION

To: **SIRENIS MANAGEMENT SERVICES**
**Rosanna M. Mendez**
**Registered Agent**
**Vacation Tours. Inc.**
**4201 SW 11th Street**
**Coral Gables, FL 33134**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHRISTIAN D. SEARCY
> Florida Bar No.: 158298
> ROSALYN SIA BAKER-BARNES
> Florida Bar No.: 327920
> Searcy Denney Scarola Barnhart & Shipley, P.A.
> 2139 Palm Beach Lakes Boulevard
> West Palm Beach, Florida 33409
> Phone: (561) 686-6300
> Fax:    (561) 383-9401
> Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: __**December 29, 2009**__



Steven M. Larimore
Clerk of Court

# SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CIVIL ACTION NO.: 09-23055-CV-UNGARO/CIMONTON**

MARK A. BEAMAN, as Personal Representative
of the Estate of MARGARET JANE DAWSON
BEAMAN, Deceased, on behalf of the Estate
and its Lawful Survivors, to wit: MARK A.
BEAMAN, Surviving Husband, BRENT ALLAN
BEAMAN, Surviving Son, CHELSEA JANET
BEAMAN, Surviving Minor Daughter, JORDAN
MARIE BEAMAN, Surviving Minor Daughter;
and JERRY SMITH, As Personal Representative
of the Estate of LISA RAE BALLINGER SMITH,
Deceased, on behalf of the Estate and its Lawful
Survivors, to wit: JERRY SMITH, surviving
husband, and ANDREW SMITH, surviving minor
son,

        Plaintiffs,

vs.

MACO CARIBE, INC., d/b/a SCUBA CARIBE, a
Florida Corporation; MACO CARIBE, INC., d/b/a
AQUA CARIBE, a Florida Corporation; GRUPO
SIRENIS HOTELS AND RESORTS, a Spanish
company; GRAND SIRENIS HOTELS AND
RESORTS, a Spanish company; GRAND
SIRENIS RIVIERA MAYA HOTEL & SPA, a
Spanish company; SIRENIS SERVICES, S.L., a
Spanish company; SIRENIS MANAGEMENT
SERVICES, a Spanish company; SIRENIS
HOTELS AND RESORTS, a Spanish company;
AGRUPACION HOTELIER DOLIGA, S.A., d/b/a
FIESTA HOTELS AND RESORTS, S.L., a
Spanish company; FIESTA HOTEL GROUP, a
Spanish company; PALLADIUM HOTELS &
RESORTS, a Spanish company; GRAND
PALLADIUM COLONIAL RESORT & SPA, a
Spanish company; GRAND PALLADIUM
KANTENAH RESORT & SPA, a Spanish
company;

        Defendants,

_____/

Beaman vs. Maco Caribe, et al.
Civil Action No.: **09-23055-CV-UNGARO/CIMONTON**

## SUMMONS IN A CIVIL ACTION

To: **FIESTA HOTEL GROUP**
**Rosanna M. Mendez**
**Registered Agent**
**Vacation Tours. Inc.**
**4201 SW 11th Street**
**Coral Gables, FL 33134**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHRISTIAN D. SEARCY
> Florida Bar No.: 158298
> ROSALYN SIA BAKER-BARNES
> Florida Bar No.: 327920
> Searcy Denney Scarola Barnhart & Shipley, P.A.
> 2139 Palm Beach Lakes Boulevard
> West Palm Beach, Florida 33409
> Phone: (561) 686-6300
> Fax:    (561) 383-9401
> Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: **December 29, 2009**
_____



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts