UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

Mark A. Beaman et al,   CASE NO. 1:09-cv-23055

    Plaintiff(s),

v.

Agrupacion Hotelier Doliga, S.A. d/b/a/ Fiesta Hotels and Resorts, SL, Fiesta Hotel Group, Grand Palladium Colonial Resort and Spa, Grand Palladium Kantenah Resort and Spa, Grand Sirenis Hotel and Resort, Grand Sirens Riviera Maya Hotel and Spa, Grupo Sirenis Hotel and Resorts, Palladium Hotels and Resorts, Sirenis Hotels and Resorts, Sirenis Managment Services and Sirenis Services, S.L.

    Defendant(s).
_____/

| FILED by _____ D.C. |
| --- |
| Feb 17, 2010 |
| STEVEN M. LARIMORE<br>CLERK<br>U.S. DIST. CT.<br>S.D. OF FLA. |

    It appearing that the defendant(s) herein, **Agrupacion Hotelier Doliga, S.A. d/b/a/ Fiesta Hotels and Resorts, SL, Fiesta Hotel Group, Grand Palladium Colonial Resort and Spa, Grand Palladium Kantenah Resort and Spa, Grand Sirenis Hotel and Resort, Grand Sirens Riviera Maya Hotel and Spa, Grupo Sirenis Hotel and Resorts, Palladium Hotels and Resorts, Sirenis Hotels and Resorts, Sirenis Management Services and Sirenis Services, S.L.,** are in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Agrupacion Hotelier Doliga, S.A. d/b/a/ Fiesta Hotels and Resorts, SL, Fiesta Hotel Group, Grand Palladium Colonial Resort and Spa, Grand Palladium Kantenah Resort and Spa, Grand Sirenis Hotel and Resort, Grand Sirens Riviera Maya

Hotel and Spa, Grupo Sirenis Hotel and Resorts, Palladium Hotels and Resorts, Sirenis Hotels and Resorts, Sirenis Management Services and Sirenis Services, S.L.,  as of course, on this date February 17, 2010.

**STEVEN M. LARIMORE**
CLERK OF COURT


By: s/_C. Quinones_____
   C. Quinones
   Deputy Clerk

cc:   Hon. Ursula Ungaro
      Counsel of Record

Rosanna M. Mendez as Registered Agent, 4201 SW 11 Street, Coral Gables, FL 33134